**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

CARL W. ROBINSON and
BRIZA C. ROBINSON                                    Case No. 13-16031-RBRK
                                                     Chapter 13

      Debtor.
_____/

**RESPONSE IN OPPOSITION TO MOTION FOR RELIEF FROM STAY**

      Debtors, Carl W. Robinson and Briza C. Robinson ("Debtors"), by and through their undersigned counsel, files their Response to HSBC Bank USA, NA's Motion for Relief from Automatic Stay to Enforce Final Judgment of Foreclosure and as grounds therefore would state as follows:

**GENERAL FACTUAL BACKGROUND**

    1.    This case was commenced by the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on March 18, 2013 (the "Petition Date") by the Debtors.

    2.    The Debtors will seek to reaffirm the debt and keep their homestead property.

    3.    In addition, Creditor, HSBC Bank USA, NA filed the Motion for Relief from Stay prior to the Debtor's 341 Meeting of Creditors. Thus, the motion is premature and should be stricken as untimely.

**RELIEF SOUGHT**

    4.    By way of this Response, Debtors seek an Order from this Court denying the Motion for Relief from Automatic Stay and allowing the Debtors to reaffirm the debt and keep their homestead, and for such other and further relief as is just and proper.

Respectfully submitted,

**MARSHALL SOCARRAS GRANT, P.L.**
Attorneys for the Debtors
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email:  jgrant@msglaw.com

By:   /s/ Joe M. Grant
         JOE M. GRANT
         Florida Bar No. 137758

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of July, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

          /s/ Joe M. Grant
          JOE M. GRANT

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE**

- Joe M. Grant, Esq.            jgrant@msglaw.com; efile@msglaw.com

- Office of the US Trustee       USTPRegion21.MM.ECF@usdoj.gov

- Robin R. Weiner                ecf@ch13weiner.com; ecf2@ch13weiner.com

**VIA U.S. MAIL**

See attached Creditors' Matrix List