UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                               Case No. 13-16031-RBR
                                                     Chapter 7
**Carl W Robinson &**
**Briza C Robinson**

       **Debtors**
_____/

MOTION FOR RELIEF FROM THE AUTOMATIC STAY
TO ENFORCE FINAL JUDGMENT OF FORECLOSURE

**Any interested party who fails to file and serve a written response to this motion within fourteen days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(c), be deemed to have consented to the entry of an order granting the relief requested in the motion.**

    COMES NOW, HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2005-1, ("Movant") by and through its undersigned counsel and hereby moves this Honorable Court for relief from the automatic stay on the following grounds:

    1.    The Bankruptcy Court has jurisdiction over this proceeding and the parties pursuant to 11 U.S.C. 362, Fed. R. Bankr. P. 4001(a), Local Rule 4001-1, and other provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and laws of the United States of America.

    2.    On March 18, 2013, the above named Debtor filed a voluntary petition pursuant to Chapter 7 of the United States Bankruptcy Code.

    3.    On July 16, 2009, a Final Judgment of Foreclosure was entered in the Circuit Court of the 17th Judicial Circuit, in and for Broward, Florida, which action ultimately resulted in

the entry of a Final Judgment of Foreclosure against Carl W. Robinson, III (the "Debtor") and Briza C Robinson (the "Joint Debtor") in the amount of $208,482.23 (the "Judgment"). A copy of the Judgment is attached hereto as **Exhibit "A"**. The Judgment confirmed Movant's interest in the Property located at 1314 SW 82nd Terrace, N Lauderdale, Florida 33068, legally described as:

**Lot 22, Block 11, NORTH LAUDERDALE LANDINGS, according to the plat thereof as recorded in Plat Book 91, Page 23 of the Public Records of Broward County, Florida.**

4. The market value of the subject property is estimated to be $98,100.00. See copy of Broward County Property Appraiser report, attached hereto as **Exhibit B**.

5. HSBC Bank USA, National Association's interest in the subject property has been and continues to be jeopardized by the Debtor's failure to make regular payments since June 1, 2008, while it remains prohibited from pursuing lawful remedies to protect said security interest.

6. The automatic stay of the Bankruptcy Code should be lifted pursuant to 11 U.S.C. 362(d)(1) given that cause exists as set forth in the foregoing paragraphs, and in that Movant should be permitted to enforce its rights under the note and mortgage including its right to conclude foreclosure proceedings to sell the property at a public foreclosure sale.

7. The property is not necessary to an effective reorganization since this is a chapter 7 case and the Debtor is surrendering the Property.

8. HSBC Bank USA, National Association, through Ocwen Loan Servicing, LLC, has retained the undersigned attorneys to represent it in this case, and is obligated to pay said attorneys a reasonable fee of $550.00 for their services in this case, including but not limited to the filing of this motion, and to reimburse its attorneys for the $176.00 filing fee.

9. Based on the foregoing, Movant respectfully submits that it is entitled to relief from the automatic stay pursuant to the 11 U.S.C. §§ 362(d)(1) and 362(d)(2).

10. A copy of the proposed Order is attached hereto as **Exhibit "C"**.

**WHEREFORE,** HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2005-1 moves this Honorable Court to enter an Order granting relief from the automatic stay, and permitting Secured Creditor to conclude proceedings to foreclose the mortgage and or in the alternative such other and further relief as to the Court may appear just and proper pursuant to 11 U.S.C. ' 362 and the United States Bankruptcy Code.

July 24, 2013

Respectfully submitted,
CLARFIELD, OKON, SALOMONE & PINCUS, P.L.

By: /s/ ReShaundra Suggs
ReShaundra Suggs, Esq.
Florida Bar No.: 77094
500 South Australian Avenue, Suite 730
West Palm Beach, FL 33401
Telephone: 561-713-1400
Fax: 561-713-1401
rsuggs@cosplaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 24, 2013, I served a copy of the Motion for Relief from the Automatic Stay including Exhibits "A", "B" and "C" thereto via U.S. Mail and/or CM/ECF, upon the following parties in interest as further indicated below:

**Joe M. Grant, Esq., Attorney for Debtor and Joint Debtor**
601 S. Federal Hwy #202
Boca Raton, FL 33432
(Via CM/ECF)

**Scott N Brown, Trustee**
14 NE 1st Avenue PH
Miami, FL 33132
(Via CM/ECF)

**U.S. Trustee**
**Office of the U.S. Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(Via CM/ECF)

**Carl W Robinson**
1314 SW 82nd Terrace
N Lauderdale, FL 33068
(Via US Mail)

**Briza Robinson**
1314 SW 82nd Terrace
N Lauderdale, FL 33068
(Via US Mail)

/s/ ReShaundra Suggs
ReShaundra Suggs, Esq.
CLARFIELD, OKON, SALOMONE & PINCUS P.L