UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:     Case No. 13-16031-RBR
           Chapter 7

**Carl W Robinson &
Briza C Robinson**

       **Debtors**
_____/

## CERTIFICATE OF CONTESTED MATTER

      HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2005-1, movant, has filed a <u>Motion for Relief from Automatic Stay (Doc. No 39)</u>, dated <u>July 24, 2013</u>, pursuant to Local Rule 4001-1(C). Movant represents:

      1.    Service was timely made on all interested parties pursuant to the referenced rule as is evidenced by a copy of the attached certificate of service previously filed.

      2.    If applicable, the motion contained the bulletin required by the referenced rule.

      3.    The deadline for a response was <u>August 7, 2013</u>.

      4.    The only objections or requests for hearing filed in response, which have been received, are the following:

      a) Debtor's Response to Movant's Motion for Relief from Stay (Doc. No. 44)

      5.    As of <u>August 27, 2013</u>, a check of the electronic entries docketed in this case confirms that no other objections or requests for hearing on this matter have been filed.

DATED: August 27, 2013              /s/ ReShaundra Suggs
                                                 ReShaundra Suggs, Esq.
                                                 Attorney for Movant
                                                 Florida Bar No.: 77094
                                               500 South Australian Avenue, Suite 730
                                               West Palm Beach, FL 33401
                                               Telephone: 561-713-1400
                                               Fax: 561-713-1401
                                               rsuggs@cosplaw.com

LF-47 (rev. 12/01/09)

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 27, 2013, I served the foregoing document by U.S. Mail or CM/ECF, upon the following parties in interest as further indicated below:

**Joe M. Grant, Esq., Attorney for Debtor and Joint Debtor**
601 S. Federal Hwy #202
Boca Raton, FL 33432
(Via CM/ECF)

**Scott N  Brown, Trustee**
14 NE 1st Avenue PH
Miami, FL 33132
(Via CM/ECF)

**U.S. Trustee**
**Office of the U.S. Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(Via CM/ECF)

**Carl W Robinson**
1314 SW 82nd Terrace
N Lauderdale, FL   33068
(Via US Mail)

**Briza Robinson**
1314 SW 82nd Terrace
N Lauderdale, FL   33068
(Via US Mail)

/s/ ReShaundra Suggs
ReShaundra Suggs, Esq.
CLARFIELD, OKON, SALOMONE & PINCUS P.L.

LF-47 (rev. 12/01/09)